151 So.2d 691

**STATE of Louisiana**

**v.**

**Francis M. CLIFTON.**

No. 46693.

April 17, 1963.

In re: Francis M. Clifton applying for writs of certiorari (review); prohibition, mandamus and for a stay order.

Writs refused. Relator has an adequate remedy by appeal in the event of his conviction.

■

151 So.2d 691

**STATE of Louisiana**

**v.**

**Daniel McKNIGHT.**

No. 46694.

April 17, 1963.

In re: Daniel McKnight applying for a writ of mandamus.

The court having been informed by the trial judge that he will sign the bill of exception and grant an appeal to relator, the grounds urged for granting the writ have now become moot. Application denied.